RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 20 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Hashem Alshehri
(Print your full name)

    Plaintiff *pro se*,

v.

Delta Airlines

(Print full name of each defendant; an employer is usually the defendant)

    Defendant(s).

CIVIL ACTION FILE NO.

**1:24-CV-2692**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   > **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

✓  Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

>  **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓  Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

>  **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

____  Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

Page 2 of 9

## Parties

3. **Plaintiff.** Print your full name and mailing address below:

   Name: Hashem Alshehri

   Address: 3902 Tree Mountain Pkwy

   Stone Mountain, GA, 30083

4. **Defendant(s).** Print below the name and address of each defendant listed on page 1 of this form:

   Name: Delta Airlines
   Address: Atlanta ATL

   Name:
   Address:

   Name:
   Address:

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

6. When did the alleged discrimination occur? (State date or time period)

2022-2024

### Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 6/6/2024

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No   \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No   __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    ✓ demotion
    _____ reduction in my wages
    _____ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ✓ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is _Arab_
    ✓ my religion, which is _Muslim_
    _____ my sex (gender), which is _____ male _____ female
    ✓ my national origin, which is _Saudi Arabia_
    _____ my age (my date of birth is _____)
    ✓ my disability or perceived disability, which is:
    _HIV, PTSD,_

    _____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I was admitted to the hospital Due to my HIV Complications for 2 weeks in 2022, after returning to work it became clear my managers were not happy and started giving me hard time I wasnot Paid and was marked no show for one week that I worked. in 2023 employees started calling me names such as "The bug guy" by Agent Aron, and Antny made a statment that I am from Sandi and a terrorist must be under watch and that I shouldnt work for airlines shortly after a manager named Anderson demoted me either I Just qualifid for the Position Placing his friend in. Managers use Agents to do the harasment for them, Agent Peter made fun of my Relegion and Agent Andy state that my Relegion is wrong both berras me in ways such as playin anything in arabic then Insult the language, I was told that we came to the us to recriute criminals, after I complained to HR in 2023 nothing changed Harassment increased, mangers faked my attendance record, and was taken against my will by my manager MR Suel to an office out of the work station not telling me where is he taking me I was Investigated as a Terorrist with inappropriate questions such as why do I hold Pilot license, why do I want to be a Pilot

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

and if I send money to Saudi Arabia, do I talk to people in Saudi do I plan to apply for Pilot Job with Delta. Then I was suspended without Pay and fired in Jan/11/2024

May manager sule Took me down from a Position I aplied for and used my credentials to Reject the offer.
I was not Paid for most overtime and I was missing Payments
I was discriminated aginst my Protected status, National orision relesion, sexual orintation, and medical statues. after meeting with mr suel and showing him my doctor note about how this situation caused me PTSD and seven deprition thinking he will help me move to a diffrent department, Instad.
I was Retaliated and fired..

15. Plaintiff  ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ✓ Yes  ____ No

    If you checked "Yes," please explain: I presented my manager with my doctor note, but he didn't like what it says. also asked for ~~FMLA~~ FMLA but was told I cant apply before one year.

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  ____ Yes  ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____

✓ Money damages (list amounts) $300,000

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __20__ day of ____6____, 20__24__

_____
(Signature of plaintiff *pro se*)

Hashem Alshehri
(Printed name of plaintiff *pro se*)

2902 Tree Mountain PKwy
(street address)

Stone mountain GA, 30083
(City, State, and zip code)

hashem.Alshehri@yahoo.com
(email address)

678-750-3352
(telephone number)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/06/2024

**To:** Mr. Hashem Alshehri
3902 Tree mountain pkwy
STONE MOUNTAIN, GA 30083
Charge No: 410-2023-12316

EEOC Representative and email:   STEVEN GARCIA-REYES
Investigator
steven.garcia-reyes@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-12316.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
06/06/2024
Darrell E. Graham
District Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (470) 531-4760
FAX (404) 562-6909/6910
Website: www.eeoc.gov

June 5, 2024

Hashem Alshehri
3902 Tree Mountain Parkway
Stone Mountain, Georgia 30083

RE: Hashem Alshehri v. Delta Air Lines, Inc.
EEOC Charge Number: 410-2023-12316

Greetings:

After a careful and thorough review of your correspondence and the existing file material, it is not likely that further investigation would yield evidence sufficient to show that a violation occurred. Therefore, it has been determined that no further action is warranted, and your charge will be dismissed.

You will receive a dismissal notice that describes your right to pursue this matter further by filing a lawsuit in federal court within 90 days of your receipt of the dismissal notice. **If you fail to file a lawsuit within the statutory 90-day period, your right to sue in federal court will expire and cannot be restored by the EEOC.** We hope this information is helpful and regret there is nothing further we can do in this matter.

Sincerely,

Steven R. Garcia-Reyes
Senior Federal Investigator

CC:
N/A